# Exh. A

# IRS FOIA Response
# Re Passport Revocation Procedures



**Department of the Treasury**
**Internal Revenue Service**
**Privacy, Governmental Liaison and Disclosure**
**Centralized Processing Unit**
Stop 93A
PO Box 621506
Atlanta, GA 30362

Mr. Robert A. McNeil
729 Grapevine Hwy. #148
Hurst, TX 76054

Date:
September 3, 2020
Employee name:
Michael Young
Employee ID number:
1000436696
Telephone number:
949-575-6406
Fax number:
855-205-9335
Case number:
2020-06461
Re: FOIA Request

Dear Robert A. McNeil:

This is a final response to your Freedom of Information Act (FOIA) request dated July 22, 2020, received in our office on August 4, 2020.

You asked for:
1. Any records relating to you promulgated by the Internal Revenue Service (IRS) under the authority of 26 U.S.C. §7345 - Revocation of passport, specifically including **Notice CP508C "Notice of Certification of your seriously delinquent federal tax debt to the State Department"**, and
2. A copy of any "electronically transmitted certification" issued by the IRS to the Department of State issued under the authority of 26 U.S. C. §7345 - Revocation of passport, and in compliance with the **Memorandum of Understanding** (MOU) with Treasury governing the processes and procedures by which the IRS notifies the Department of State of its certification of a "seriously delinquent tax debt", which:
    a) relates to you by name (Robert Allen McNeil), DOB (January 23, 1949), and/or SS# ( xxx-xx -7522),
    b) is redacted for names, dates and identifying numbers not relating to you, and
    c) contains the name, title, contact information, and statement of certification of the IRS person making the certification under 26 U.S.C. §7345, in compliance with the Department of State/IRS MOU governing this matter.

We searched for and located 2,713 pages responsive to your request.

Of the 10 pages located in response to item 1 of your request, we're enclosing 10 pages on a password protected compact disk (CD). We're releasing 10 pages without exemptions.

Of the 2,703 pages located in response to item 2 of your request, I am enclosing 6 pages on a password protected compact disk (CD). We're releasing 2 pages without exemptions, withholding 2,697 pages in full under FOIA exemption (b)(3), and withholding 4 pages in part under FOIA exemptions (b)(3), (b)(6), and (b)(7)(E). The redacted portions of each page are marked by the applicable FOIA exemptions which are described below.

FOIA exemption (b)(3), in conjunction with Internal Revenue Code section 6103(a), exempts from disclosure the tax information of other taxpayers.

FOIA exemption (b)(6) exempts from disclosure files that would constitute an unwarranted invasion of personal privacy. We base the determination to withhold on balancing interests between the protection of an individual's right to privacy and the public's right to access government information.

FOIA exemption (b)(7)(E) exempts from disclosure records or information compiled for law enforcement purposes when their release would reveal:
- Techniques and procedures for law enforcement investigations or prosecutions.
- Guidelines for law enforcement investigations or prosecutions, if release could risk circumvention of the law.

This constitutes a partial denial of your request.

We charged no fees for processing this request.

If you would like to discuss our response, you have the right to contact the FOIA public liaison, Summer Sutherland, at 801-620-2149.

The FOIA public liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues. If you need assistance with tax-related issues, you can call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

Your decision to contact the FOIA public liaison or OGIS for assistance resolving your dispute does not extend the 90-day period in which you can file an appeal.

If you have questions, you can contact the person at the telephone number at the top of this letter.

Sincerely,

David Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure:
CD (16 Responsive Pages and Notice 393)



Department of the Treasury
Internal Revenue Service
Attn: Passport
PO Box 8208
Philadelphia, PA 19101-8208

069088.718536.300964.12283 1 AB 0.408 699

| | |
|---|---|
| | SB |
| Notice | CP508C |
| Notice date | June 18, 2018 |
| Taxpayer ID number | xxx-xx-7522 |
| To contact us | Phone 1-855-519-4965 |
| | International |
| | 1-267-941-1004 |
| Page 1 of 5 | |



ROBERT A MCNEIL
326 E 4TH ST
TUCSON AZ 85705-8458

## Notice of certification of your seriously delinquent federal tax debt to the State Department

# Amount due: $470,535.27

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

We have certified to the State Department that your tax debt is seriously delinquent.

We show that you still owe $470,535.27. This amount includes penalty and interest computed to 30 days from the date of this notice.

This notice only includes the portion of your tax debt that has been certified to the State Department as seriously delinquent, as defined below. You may have additional tax debt that is not included in this notice.

### Billing Summary

| | |
|---|---:|
| Amount of seriously delinquent tax debt owed | $426,635.37 |
| Additional penalty charges | 2,884.05 |
| Additional interest charges | 41,015.85 |
| **Amount due by July 18, 2018** | **$470,535.27** |

## What you need to know

Seriously delinquent tax debt is tax debt (including penalties and interest) totaling more than $51,000* for which:
- We have filed a Notice of Federal Tax Lien and your administrative rights under Internal Revenue Code (IRC) Section 6320 have been exhausted or lapsed, OR
- We have, at any time, issued a levy to collect this debt.

* The $51,000 threshold is adjusted yearly for inflation.

If you apply for a passport or passport renewal, the State Department will deny your application and will not issue a passport to you or renew your current passport.

If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States.

Continued on back...

Case 1:20-cv-00329-JDB   Document 19-2   Filed 10/16/20   Page 6 of 20

Page 5

| | SB |
|---|---|
| Notice | CP508C |
| Notice date | June 18, 2018 |
| Taxpayer ID number | xxx-xx-7522 |

Page 2 of 5

## What you need to do

### If you agree with the balance due

To prevent the State Department from denying, revoking, or limiting your passport, you must:

- Pay the full amount you owe, as shown above.
- Make alternate payment arrangements, such as an installment agreement, that allows you to pay off your debt over time, or an offer in compromise to settle the debt. Visit www.irs.gov/payments for more payment options.

Make your check or money order payable to the "United States Treasury." Write your taxpayer ID numbers (TINs) listed in "Your billing details" section of this notice on your payment. Return the last page of this notice with your payment.

### If you disagree with the balance due

If you've already paid the tax debt listed above, please send us proof of that payment. If you don't agree that you owe the tax debt listed above, or want to contest the certification for another reason, you can call us at the phone numbers listed on the first page of this notice. You can also bring a civil action in a district court of the United States or the United States Tax Court to have a court determine if the certification was erroneous or if the IRS has failed to reverse the certification as required by IRC Section 7345(c). You are not required to contact us or otherwise exhaust administrative remedies before filing a civil action.

### If you have a power of attorney (POA)

You will need to contact your POA directly since the information in this notice may not be covered under the POA filed.

## Your billing details

| Taxpayer ID number | Tax period ending | Form number | Amount you owe | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|---|
| xxx-xx-7522 | 12/31/2003 | 1040A | 39,500.55 | 3,887.79 | 0.00 | 43,388.34 |
| xxx-xx-7522 | 12/31/2004 | 1040A | 45,866.46 | 4,355.54 | 0.00 | 50,222.00 |
| xxx-xx-7522 | 12/31/2005 | 1040A | 11,609.00 | 1,102.39 | 0.00 | 12,711.39 |
| xxx-xx-7522 | 12/31/2006 | 1040A | 69,398.96 | 6,590.20 | 0.00 | 75,989.16 |
| xxx-xx-7522 | 12/31/2008 | 1040A | 44,220.60 | 4,199.24 | 0.00 | 48,419.84 |
| xxx-xx-7522 | 12/31/2009 | 1040A | 61,779.87 | 5,866.69 | 0.00 | 67,646.56 |
| xxx-xx-7522 | 12/31/2010 | 1040A | 51,760.49 | 4,915.23 | 0.00 | 56,675.72 |
| xxx-xx-7522 | 12/31/2011 | 1040A | 43,670.44 | 4,146.99 | 0.00 | 47,817.43 |
| xxx-xx-7522 | 12/31/2012 | 1040A | 58,829.00 | 5,951.78 | 2,884.05 | 67,664.83 |

Case 1:20-cv-00329-JDB   Document 19-2   Filed 10/16/20   Page 7 of 20

Page 6

| | |
|---|---|
| Notice | SB |
| | CP508C |
| Notice date | June 18, 2018 |
| Taxpayer ID number | xxx-xx-7522 |
| Page 3 of 5 | |

069088

| | |
|---|---|
| **Penalties** | We are required by law to charge any applicable penalties. |
| **Failure-to-pay** | We assess a 1/2% monthly penalty for not paying the tax you owe by the due date. We base the monthly penalty for paying late on the net unpaid tax at the beginning of each penalty month following the payment due date for that tax. This penalty applies even if you filed the return on time. We charge the penalty for each month or part of a month the payment is late; however, the penalty can't be more than 25% in total.<br>• The due date for payment of the tax shown on a return generally is the return due date, without regard to extensions.<br>• The due date for paying increases in tax is within 21 days of the date of our notice demanding payment (10 business days if the amount in the notice is $100,000 or more).<br><br>If we issue a Notice of Intent to Levy and you don't pay the balance due within 10 days from the date of the notice, the penalty for paying late increases to 1% per month. For individuals who filed on time, the penalty decreases to 1/4% per month while an approved installment agreement with the IRS is in effect for payment of that tax. (Internal Revenue Code Section 6651)<br><br>For a detailed calculation of your penalty charges, call 800-829-3903. |
| **Removal or reduction of penalties** | We understand that circumstances—such as a serious illness or injury, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner. We can generally process your request for penalty removal or reduction quicker if you contact us at the number listed above with the following information:<br>• Identify which penalty charges you would like us to reconsider (e.g., 2016 late filing penalty).<br>• For each penalty charge, explain why you believe it should be reconsidered.<br><br>If you write us, include a signed statement and supporting documentation for penalty abatement request.<br><br>We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s). |
| **Removal of penalties due to erroneous written advice from the IRS** | If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:<br>• You wrote to the IRS to ask for written advice on a specific issue.<br>• You gave us complete and accurate information.<br>• You received written advice from us.<br>• You relied on our written advice and were penalized based on that advice.<br><br>To request removal of penalties based on erroneous written advice from us, submit a completed Claim for Refund and Request for Abatement (Form 843) to the address shown above. For a copy of the form, go to www.irs.gov or call 800-TAX-FORM (800-829-3676). |

Continued on back...

Case 1:20-cv-00329-JDB   Document 19-2   Filed 10/16/20   Page 8 of 20

Page 7

| | |
|---|---|
| Notice | SB CP508C |
| Notice date | June 18, 2018 |
| Taxpayer ID number | xxx-xx-7522 |
| Page 4 of 5 | |

## Interest charges

We are required by law to charge interest when you don't pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code section 6601) For a detailed calculation of your interest, call 800-829-3903.

## Additional information

- Visit www.irs.gov/cp508c
- For tax forms, instructions, and publications, visit www.irs.gov or call 800-TAX-FORM (800-829-3676). Keep this notice for your records.
- The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 877-777-4778.
- Assistance can be obtained from individuals and organizations that are independent from the IRS. The Directory of Federal Tax Return Preparers with credentials recognized by the IRS can be found at http://irs.treasury.gov/rpo/rpo.jsf. IRS Publication 4134 provides a listing of Low Income Taxpayer Clinics (LITCs) and is available at www.irs.gov. Also, see the LITC page at www.taxpayeradvocate.irs.gov/litcmap. Assistance may also be available from a referral system operated by a state bar association, a state or local society of accountants or enrolled agents or another nonprofit tax professional organization. The decision to obtain assistance from any of these individuals and organizations will not result in the IRS giving preferential treatment in the handling of the issue, dispute or problem. You don't need to seek assistance to contact us. We will be pleased to deal with you directly and help you resolve your situation.

If you need assistance, please don't hesitate to contact us.

Case 1:20-cv-00329-JDB   Document 19-2   Filed 10/16/20   Page 9 of 20

**Page 8**

|                  |              |
|------------------|--------------|
|                  | SB           |
| Notice           | CP508C       |
| Notice date      | June 18, 2018|
| Taxpayer ID number | xxx-xx-7522 |
| Page 5 of 5      |              |

## Return this page with your payment



069088

### Your billing details

| Taxpayer ID number | Tax period ending | Form number | Amount you owe | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|---|
| xxx-xx-7522 | 12/31/2003 | 1040A | 39,500.55 | 3,887.79 | 0.00 | 43,388.34 |
| xxx-xx-7522 | 12/31/2004 | 1040A | 45,866.46 | 4,355.54 | 0.00 | 50,222.00 |
| xxx-xx-7522 | 12/31/2005 | 1040A | 11,609.00 | 1,102.39 | 0.00 | 12,711.39 |
| xxx-xx-7522 | 12/31/2006 | 1040A | 69,398.96 | 6,590.20 | 0.00 | 75,989.16 |
| xxx-xx-7522 | 12/31/2008 | 1040A | 44,220.60 | 4,199.24 | 0.00 | 48,419.84 |
| xxx-xx-7522 | 12/31/2009 | 1040A | 61,779.87 | 5,866.69 | 0.00 | 67,646.56 |
| xxx-xx-7522 | 12/31/2010 | 1040A | 51,760.49 | 4,915.23 | 0.00 | 56,675.72 |
| xxx-xx-7522 | 12/31/2011 | 1040A | 43,670.44 | 4,146.99 | 0.00 | 47,817.43 |
| xxx-xx-7522 | 12/31/2012 | 1040A | 58,829.00 | 5,951.78 | 2,884.05 | 67,664.83 |

- Make your check or money order payable to the "United States Treasury."
- Write the taxpayer ID numbers (TINs) listed in the "Your billing details" section above on your payment and return this page of the notice with your payment.
- Send your payment and this page of the notice to:

Internal Revenue Service
Attn: Passport
P.O. Box 8208
Philadelphia, PA 19101-8208

| | |
|---|---|
| From: | *SBSE Passport Group |
| To: | *SBSE Passport Group |
| Subject: | PDIRW.I713MS.F011.X201824 |
| Date: | Tuesday, June 19, 2018 3:42:35 PM |
| Attachments: | DEL -6-18-18.pdf |

To attach delegation order.

**From:** Beard Lisa J (Wash DC)
**Sent:** Monday, June 18, 2018 11:03 AM
**To:** *SBSE Passport Group (b)(7)(E)
**Cc:** Mamo Paul J (b)(6); (b)(7)(E)        Schindler Frederick W (b)(6); (b)(7)(E)
Zeigler Shelley A (b)(6); (b)(7)(E)
**Subject:** RE: PDIRW.I713MS.F011.X201824

I concur. Thank you.

**From:** *SBSE Passport Group
**Sent:** Monday, June 18, 2018 9:34 AM
**To:** Beard Lisa J (Wash DC) (b)(6); (b)(7)(E)
**Cc:** *SBSE Passport Group (b)(7)(E)        Mamo Paul J <(b)(6); (b)(7)(E)
Schindler Frederick W <(b)(6); (b)(7)(E)        ; Zeigler Shelley A
(b)(6); (b)(7)(E)
**Subject:** PDIRW.I713MS.F011.X201824

Acting Commissioner,

The passport file PDIRW.I713MS.F011.X201824, located in the Passport Shared Folder, is ready for you to view, and a copy is attached.

This file contains 20,797 taxpayer records. 20,558 taxpayers are new certifications and 239 are reversals of certifications. These taxpayers have been systemically identified as meeting the requirements of certification to the Department of State.

Please concur that you authorize the following statement:

I certify that the taxpayers listed in the file named PDIRW.I713MS.F011.X201824 that are denoted with an indicator of N have a seriously delinquent tax debt. I further certify that, for taxpayers denoted with an indicator of D, reversal of their existing certifications of seriously delinquent tax debt is warranted. I direct that the file be transmitted to the State Department.

**David Bonanzinga**
**Program Analyst – Passport**
**SBSE Collection Policy**
(b)(6)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

COMMISSIONER
SMALL BUSINESS/SELF-EMPLOYED DIVISION

June 13, 2018

MEMORANDUM FOR THE FILE

FROM:   Mary Beth Murphy
        Commissioner, Small Business Self Employed

SUBJECT:   Delegation of Authority

Lisa Beard, Acting Deputy Commissioner, Small Business Self Employed is designated to act as Commissioner, Small Business Self Employed for the week of June 18 - 22, 2018 as I will be in travel status. Lisa can be reached at (240) 613-5485.

Lisa is authorized to sign all official correspondence on my behalf.

I will return on June 25, 2018.

(b)(3):26 U.S.C. § 6103

N| xxx-xx 7522|  |201824|MCNEIL                          |ROBERT                    |A|326 E 4TH ST                          |TUCSON                          |AZ|857058458262|01231949|

(b)(3):26 U.S.C. § 6103



Department of the Treasury
Internal Revenue Service
Attn: Passport
PO Box 8208
Philadelphia, PA 19101-8208

069241.722010.315434.12595 1 AB 0.408 699

|  |  |
|---|---|
|  | SB |
| Notice | CP508C |
| Notice date | July 2, 2018 |
| Taxpayer ID number | xxx-xx-7522 |
| To contact us | Phone 1-855-519-4965 |
|  | International |
|  | 1-267-941-1004 |

Page 1 of 5


069241

ROBERT A MCNEIL
326 E 4TH ST
TUCSON AZ 85705-8458

## Notice of certification of your seriously delinquent federal tax debt to the State Department
# Amount due: $49,863.96

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

We have certified to the State Department that your tax debt is seriously delinquent.

We show that you still owe $49,863.96. This amount includes penalty and interest computed to 30 days from the date of this notice.

This notice only includes the portion of your tax debt that has been certified to the State Department as seriously delinquent, as defined below. You may have additional tax debt that is not included in this notice.

**Billing Summary**

| | |
|---|---:|
| Amount of seriously delinquent tax debt owed | $45,988.33 |
| Additional penalty charges | 1,603.91 |
| Additional interest charges | 2,271.72 |
| **Amount due by August 1, 2018** | **$49,863.96** |

**What you need to know**

Seriously delinquent tax debt is tax debt (including penalties and interest) totaling more than $51,000* for which:
- We have filed a Notice of Federal Tax Lien and your administrative rights under Internal Revenue Code (IRC) Section 6320 have been exhausted or lapsed, OR
- We have, at any time, issued a levy to collect this debt.

* The $51,000 threshold is adjusted yearly for inflation.

If you apply for a passport or passport renewal, the State Department will deny your application and will not issue a passport to you or renew your current passport.

If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States.

Continued on back...

| | |
|---|---|
| Notice | SB CP508C |
| Notice date | July 2, 2018 |
| Taxpayer ID number | xxx-xx-7522 |
| Page 2 of 5 | |

## What you need to do

### If you agree with the balance due

To prevent the State Department from denying, revoking, or limiting your passport, you must:

- Pay the full amount you owe, as shown above.
- Make alternate payment arrangements, such as an installment agreement, that allows you to pay off your debt over time, or an offer in compromise to settle the debt. Visit www.irs.gov/payments for more payment options.

Make your check or money order payable to the "United States Treasury." Write your taxpayer ID numbers (TINs) listed in "Your billing details" section of this notice on your payment. Return the last page of this notice with your payment.

### If you disagree with the balance due

If you've already paid the tax debt listed above, please send us proof of that payment. If you don't agree that you owe the tax debt listed above, or want to contest the certification for another reason, you can call us at the phone numbers listed on the first page of this notice. You can also bring a civil action in a district court of the United States or the United States Tax Court to have a court determine if the certification was erroneous or if the IRS has failed to reverse the certification as required by IRC Section 7345(c). You are not required to contact us or otherwise exhaust administrative remedies before filing a civil action.

### If you have a power of attorney (POA)

You will need to contact your POA directly since the information in this notice may not be covered under the POA filed.

## Your billing details

| Taxpayer ID number | Tax period ending | Form number | Amount you owe | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|---|
| xxx-xx-7522 | 12/31/2013 | 1040 | 45,988.33 | 2,271.72 | 1,603.91 | 49,863.96 |



| | |
|---|---|
| Notice | SB CP508C |
| Notice date | July 2, 2018 |
| Taxpayer ID number | xxx-xx-7522 |
| Page 3 of 5 | |

| | |
|---|---|
| **Penalties** | We are required by law to charge any applicable penalties. |
| Failure-to-pay | We assess a 1/2% monthly penalty for not paying the tax you owe by the due date. We base the monthly penalty for paying late on the net unpaid tax at the beginning of each penalty month following the payment due date for that tax. This penalty applies even if you filed the return on time. We charge the penalty for each month or part of a month the payment is late; however, the penalty can't be more than 25% in total.<br>• The due date for payment of the tax shown on a return generally is the return due date, without regard to extensions.<br>• The due date for paying increases in tax is within 21 days of the date of our notice demanding payment (10 business days if the amount in the notice is $100,000 or more).<br><br>If we issue a Notice of Intent to Levy and you don't pay the balance due within 10 days from the date of the notice, the penalty for paying late increases to 1% per month. For individuals who filed on time, the penalty decreases to 1/4% per month while an approved installment agreement with the IRS is in effect for payment of that tax. (Internal Revenue Code Section 6651)<br><br>For a detailed calculation of your penalty charges, call 800-829-3903. |
| Removal or reduction of penalties | We understand that circumstances—such as a serious illness or injury, a family member's death, or loss of financial records due to natural disaster—may make it difficult for you to meet your taxpayer responsibility in a timely manner. We can generally process your request for penalty removal or reduction quicker if you contact us at the number listed above with the following information:<br>• Identify which penalty charges you would like us to reconsider (e.g., 2016 late filing penalty).<br>• For each penalty charge, explain why you believe it should be reconsidered.<br><br>If you write us, include a signed statement and supporting documentation for penalty abatement request.<br><br>We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charge(s). |
| Removal of penalties due to erroneous written advice from the IRS | If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:<br>• You wrote to the IRS to ask for written advice on a specific issue.<br>• You gave us complete and accurate information.<br>• You received written advice from us.<br>• You relied on our written advice and were penalized based on that advice.<br><br>To request removal of penalties based on erroneous written advice from us, submit a completed Claim for Refund and Request for Abatement (Form 843) to the address shown above. For a copy of the form, go to www.irs.gov or call 800-TAX-FORM (800-829-3676). |

Continued on back...

Case 1:20-cv-00329-JDB   Document 19-2   Filed 10/16/20   Page 16 of 20

Page 15

Notice          SB
                CP508C
Notice date     July 2, 2018
Taxpayer ID number    xxx-xx-7522
Page 4 of 5

| | |
|---|---|
| **Interest charges** | We are required by law to charge interest when you don't pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (Internal Revenue Code section 6601) For a detailed calculation of your interest, call 800-829-3903. |
| **Additional information** | • Visit www.irs.gov/cp508c<br>• For tax forms, instructions, and publications, visit www.irs.gov or call 800-TAX-FORM (800-829-3676). Keep this notice for your records.<br>• The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that can help protect your taxpayer rights. TAS can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. Visit www.taxpayeradvocate.irs.gov or call 877-777-4778.<br>• Assistance can be obtained from individuals and organizations that are independent from the IRS. The Directory of Federal Tax Return Preparers with credentials recognized by the IRS can be found at http://irs.treasury.gov/rpo/rpo.jsf. IRS Publication 4134 provides a listing of Low Income Taxpayer Clinics (LITCs) and is available at www.irs.gov. Also, see the LITC page at www.taxpayeradvocate.irs.gov/litcmap. Assistance may also be available from a referral system operated by a state bar association, a state or local society of accountants or enrolled agents or another nonprofit tax professional organization. The decision to obtain assistance from any of these individuals and organizations will not result in the IRS giving preferential treatment in the handling of the issue, dispute or problem. You don't need to seek assistance to contact us. We will be pleased to deal with you directly and help you resolve your situation.<br>If you need assistance, please don't hesitate to contact us. |

|  | |
|---|---|
| Notice | SB |
| Notice | CP508C |
| Notice date | July 2, 2018 |
| Taxpayer ID number | xxx-xx-7522 |

Page 5 of 5

## Return this page with your payment



069241

### Your billing details

| Taxpayer ID number | Tax period ending | Form number | Amount you owe | Additional interest | Additional penalty | Total |
|---|---|---|---|---|---|---|
| xxx-xx-7522 | 12/31/2013 | 1040 | 45,988.33 | 2,271.72 | 1,603.91 | 49,863.96 |

- Make your check or money order payable to the "United States Treasury."
- Write the taxpayer ID numbers (TINs) listed in the "Your billing details" section above on your payment and return this page of the notice with your payment.
- Send your payment and this page of the notice to:

Internal Revenue Service
Attn: Passport
P.O. Box 8208
Philadelphia, PA 19101-8208

| | |
|---|---|
| From: | *SBSE Passport Group |
| To: | *SBSE Passport Group |
| Subject: | PDIRW.I713MS.F011.X201826 |
| Date: | Monday, July 2, 2018 3:06:54 PM |
| Attachments: | DELEGATION 7-2-18.pdf |

To attach delegation order.

**From:** Beard Lisa J (Wash DC)
**Sent:** Monday, July 02, 2018 2:57 PM
**To:** *SBSE Passport Group (b)(7)(E)
**Cc:** Mamo Paul J (b)(6); (b)(7)(E)     Schindler Frederick W (b)(6); (b)(7)(E)
Eppard Tambra L (b)(6); (b)(7)(E)    ; Constantino Grace K (b)(6); (b)(7)(E)
**Subject:** RE: PDIRW.I713MS.F011.X201826

I approve, thank you!

**From:** *SBSE Passport Group
**Sent:** Monday, July 02, 2018 1:04 PM
**To:** Beard Lisa J (Wash DC) (b)(6); (b)(7)(E)
**Cc:** *SBSE Passport Group (b)(7)(E)       ; Mamo Paul J (b)(6); (b)(7)(E)        ;
Schindler Frederick W (b)(6); (b)(7)(E)        ; Eppard Tambra L
(b)(6); (b)(7)(E)         ; Constantino Grace K (b)(6); (b)(7)(E)
**Subject:** PDIRW.I713MS.F011.X201826

Acting Commissioner,

The passport file PDIRW.I713MS.F011.X201826, located in the Passport Shared Folder, is ready for you to view, and a copy is attached.

This file contains 24,176 taxpayer records. 23,797 taxpayers are new certifications and 379 are reversals of certifications. These taxpayers have been systemically identified as meeting the requirements of certification to the Department of State.

Please concur that you authorize the following statement:

I certify that the taxpayers listed in the file named PDIRW.I713MS.F011.X201826 that are denoted with an indicator of N have a seriously delinquent tax debt. I further certify that, for taxpayers denoted with an indicator of D, reversal of their existing certifications of seriously delinquent tax debt is warranted. I direct that the file be transmitted to the State Department.

David Bonanzinga
Program Analyst – Passport
SBSE Collection Policy
(b)(6)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

COMMISSIONER
SMALL BUSINESS/SELF-EMPLOYED DIVISION

June 29, 2018

MEMORANDUM FOR THE FILE

FROM:        Mary Beth Murphy
             Commissioner, Small Business Self Employed

SUBJECT:     Delegation of Authority

Lisa Beard, Acting Deputy Commissioner, Small Business Self Employed is designated to act as Commissioner, Small Business Self Employed on July 2-11, 2018 as I will be on leave and travel. Lisa can be reached at (240) 613-5485.

Lisa is authorized to sign all official correspondence on my behalf.

I will return on July 12, 2018.

(b)(3):26 U.S.C. § 6103

```
N| xxx-xx 7522|  |201826|MCNEIL                    |ROBERT                 |A|326 E
4TH ST                            |TUCSON                        |AZ|857058458262|01231949|
```

(b)(3):26 U.S.C. § 6103