UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. McNEIL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Civil Action No. 20-329 (JDB) |

## ORDER

Upon consideration of [29] defendant's motion to dismiss the amended complaint, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [29] the motion to dismiss is **GRANTED**, and it is further

**ORDERED** that [19] the amended complaint is **DISMISSED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 18, 2021