# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert A. McNeil,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 20-CV-00329-JDB |
| **U.S. State Department and Internal Revenue Service,** | ) |
| **Defendants** | ) |

## NOTICE OF APPEAL

Per FRAP Rules 3 & 4, Plaintiff Robert A. McNeil provides his Notice of Appeal to the United States Court of Appeals for the District of Columbia of Judge John D. Bates' Order [37] denying his Rule 59 Motion to Alter or Amend Judgment [33].

**Case No. 20-cv-00329 (JDB)**

_____  
Robert A. McNeil

_____June 23, 2021_____  
Date



## CERTIFICATE of SERVICE

This is to certify that a copy of the foregoing **"Notice of Appeal"** was served via United States Mail, email, or CM/ECF on or about June 23, 2021:

Mr. Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Room 5503
Washington, D.C. 20530

Mr. Richard E. Zuckerman
Deputy Assistant Attorney General
Tax Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Mr. Ryan O. McMonagle
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Mr. Charles P. Rettig
Commissioner, IRS
Office of Procedure and Administration
1111 Constitution Ave., NW
Room 5053
Washington, D.C. 20224

Mr. Channing D. Phillips
U.S. Attorney for the District of Columbia
Civil Process Clerk
555 Fourth Street, NW
Washington, D.C. 20001

Mr. Brian Hudak
Acting Chief, Civil Division
U.S. Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20530

_____
Robert McNeil