APPEAL,CLOSED,PROSE–NP,TYPE I–FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:20–cv–00329–JDB

| | |
|---|---|
| MCNEIL v. U.S. DEPARTMENT OF STATE et al<br>Assigned to: Judge John D. Bates<br>Cause: 05:552 Freedom of Information Act | Date Filed: 02/05/2020<br>Date Terminated: 03/18/2021<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ROBERT A. MCNEIL**  represented by  **ROBERT A. MCNEIL**
729 Grapevine Highway
Apartment 148
Hurst, TX 76054
Email: bob.mcneil49@gmail.com
PRO SE

V.

**Defendant**

**U.S. DEPARTMENT OF STATE**  represented by  **Michael A. Tilghman**
*TERMINATED: 11/12/2020*  U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7113
Email: michael.tilghman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
DOJ–USAO
Eousa
3 Constitution Square
175 N Street, NE
Washington, DC 20002
202–252–5875
Email: alan.burch@usdoj.gov
*TERMINATED: 09/24/2020*

**Defendant**

**INTERNAL REVENUE SERVICE**  represented by  **Ryan O'Connor McMonagle**
**OFFICE OF PROCEDURE AND**  U.S. DEPARTMENT OF JUSTICE
**ADMINISTRATION**  Tax Division
*TERMINATED: 11/03/2020*  Ben Franklin Station
P.O. Box 227

|  |  | Washington, DC 20044<br>(202) 307–1355<br>Fax: (202) 514–6866<br>Email: ryan.mcmonagle@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **UNITED STATES OF AMERICA** | represented by | **Ryan O'Connor McMonagle**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Benton Thomas Morton**<br>DEPARTMENT OF JUSTICE<br>Tax Division<br>Ben Franklin Station<br>P.O. Box 227<br>Washington, DC 20044<br>202–598–6285<br>Email: benton.t.morton@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/05/2020 | 1 |  | COMPLAINT against U.S. DEPARTMENT OF STATE ( Filing fee $ 400, receipt number 4616102337) filed by ROBERT A. MCNEIL. (Attachments: # 1 Civil Cover Sheet)(ztd) (Entered: 02/11/2020) |
| 02/05/2020 | 2 |  | ENTERED IN ERROR. . . . .SUMMONS (3) Issued as to U.S. DEPARTMENT OF STATE, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Civil Cover Sheet)(ztd) Modified on 2/13/2020 (ztd). (Entered: 02/11/2020) |
| 02/05/2020 | 3 |  | SUMMONS (3) Issued as to U.S. DEPARTMENT OF STATE, U.S. Attorney and U.S. Attorney General (ztd) (Entered: 02/13/2020) |
| 03/04/2020 | 4 |  | NOTICE of Appearance by Alan Burch on behalf of U.S. DEPARTMENT OF STATE (Burch, Alan) (Entered: 03/04/2020) |
| 03/12/2020 |  |  | SUMMONS (1) REISSUED as to U.S. DEPARTMENT OF STATE (ztd) (Entered: 03/12/2020) |
| 03/23/2020 | 5 |  | Consent MOTION for Extension of Time to File Answer by U.S. DEPARTMENT OF STATE (Burch, Alan) (Entered: 03/23/2020) |
| 03/23/2020 |  |  | MINUTE ORDER: Upon consideration of 5 consent motion for extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that defendant's answer or other response shall be filed by not later than April 2, 2020. SO ORDERED. Signed by Judge John D. Bates on 3/23/2020. (lcjdb1) (Entered: 03/23/2020) |
| 03/24/2020 |  |  | Set/Reset Deadlines: Answer due by 4/2/2020. (tb) (Entered: 03/24/2020) |
| 04/02/2020 | 6 |  |  |

2

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|----|--|
|            |    | ANSWER to 1 Complaint by U.S. DEPARTMENT OF STATE.(Burch, Alan) (Entered: 04/02/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 04/16/2020 | 7  | REPLY re 6 Answer filed by ROBERT A. MCNEIL. (ztd) Modified link on 4/20/2020 (znmw). (Entered: 04/17/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 04/17/2020 | 8  | ORDER. See text of Order for details. Signed by Judge John D. Bates on 4/17/2020. (lcjdb1) (Entered: 04/17/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| 04/17/2020 |    | Set/Reset Deadlines: Proposed Briefing Schedule due by 5/19/2020. (tb) (Entered: 04/17/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 05/19/2020 | 9  | Joint STATUS REPORT by U.S. DEPARTMENT OF STATE. (Burch, Alan) (Entered: 05/19/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 05/19/2020 |    | MINUTE ORDER: Upon consideration of 9 joint status report, and the entire record herein, it is hereby ORDERED that the parties shall file another joint status report by not later than June 18, 2020, which shall include a proposed schedule for further proceedings. Signed by Judge John D. Bates on 5/19/2020. (lcjdb1) (Entered: 05/19/2020)                                                                                                                                                                                                                                                                                                                               |
| 05/19/2020 |    | Set/Reset Deadlines: Joint Status Report due by 6/18/2020. (tb) (Entered: 05/19/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 06/18/2020 | 10 | Joint STATUS REPORT by U.S. DEPARTMENT OF STATE. (Burch, Alan) (Entered: 06/18/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 06/22/2020 |    | MINUTE ORDER: Upon consideration of 10 joint status report, and the entire record herein, it is hereby ORDERED that the following schedule shall govern further proceedings: plaintiff shall file his motion for summary judgment by not later than June 26, 2020; defendant shall file its opposition to plaintiff's motion for summary judgment and its cross−motion for summary judgment by not later than July 20, 2020; plaintiff shall file his reply in support of his motion for summary judgment and opposition to defendant's cross−motion by not later than August 20, 2020; and defendant shall file its reply in support of its cross−motion by not later than August 31, 2020. SO ORDERED. Signed by Judge John D. Bates on 6/22/2020. (lcjdb1) (Entered: 06/22/2020) |
| 06/23/2020 |    | Set/Reset Deadlines: Cross Motion due by 7/20/2020. Response to Cross Motion due by 8/20/2020. Reply to Cross Motion due by 8/31/2020. Summary Judgment motion due by 6/26/2020. Response to Motion for Summary Judgment due by 7/20/2020. Reply to Motion for Summary Judgment due by 8/20/2020. (tb) (Entered: 06/23/2020)                                                                                                                                                                                                                                                                                                                                                      |
| 06/23/2020 | 11 | MOTION for Summary Judgment by ROBERT A. MCNEIL (ztd) (Entered: 06/25/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
| 07/20/2020 | 12 | MOTION for Summary Judgment by U.S. DEPARTMENT OF STATE (Attachments: # 1 Declaration of Eric Stein, # 2 Declaration of Miguel Gonzalez)(Burch, Alan) (Entered: 07/20/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 07/20/2020 | 13 | Memorandum in opposition to re 11 MOTION for Summary Judgment filed by U.S. DEPARTMENT OF STATE. (Attachments: # 1 Declaration of Eric Stein, # 2 Declaration of Miguel Gonzalez)(Burch, Alan) (Entered: 07/20/2020)                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 08/13/2020 | 14 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply as to 12 MOTION for Summary Judgment by ROBERT A. MCNEIL (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 08/13/2020) |
| 08/13/2020 | | MINUTE ORDER: Upon consideration of 14 plaintiff's motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiff's reply in support of his motion for summary judgment and opposition to defendants' cross−motion for summary judgment shall be filed by not later than September 18, 2020. SO ORDERED. Signed by Judge John D. Bates on 8/13/2020. (lcjdb1) (Entered: 08/13/2020) |
| 08/14/2020 | | Set/Reset Deadlines: Response to Cross Motion due by 9/18/2020. Reply to Motion for Summary Judgment due by 9/18/2020. (tb) (Entered: 08/14/2020) |
| 09/17/2020 | 15 | MOTION to Amend/Correct 1 Complaint, MOTION for Extension of Time to by ROBERT A. MCNEIL (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 09/18/2020) |
| 09/21/2020 | | MINUTE ORDER: Upon consideration of 15 motion to amend/correct complaint and for extension of time, and the entire record herein, it is hereby ORDERED that the motion is DENIED WITHOUT PREJUDICE for failure to comply with Local Civil Rule 7(m), which requires parties (including parties appearing pro se) to "confer with opposing counsel in a good−faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement" before filing a nondispositive motion. It is further ORDERED that, if plaintiff wishes to refile the motion, he shall confer with the government and, in conformity with Rule 7(m), include in his motion "a statement that the required discussion occurred, and a statement as to whether the motion is opposed." SO ORDERED. Signed by Judge John D. Bates on 9/21/2020. (lcjdb1) (Entered: 09/21/2020) |
| 09/21/2020 | 16 | Amended MOTION to Amend/Correct 1 Complaint by ROBERT A. MCNEIL (ztd) (Entered: 09/23/2020) |
| 09/21/2020 | 17 | ERRATA by ROBERT A. MCNEIL. (ztd) (Entered: 09/23/2020) |
| 09/24/2020 | | MINUTE ORDER: Upon consideration of 16 amended motion to amend/correct complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiff shall file his reply in support of his motion for summary judgment and opposition to defendants' cross−motion for summary judgment, as well as any amended complaint, by not later than October 16, 2020. SO ORDERED. Signed by Judge John D. Bates on 9/24/2020. (lcjdb1) (Entered: 09/24/2020) |
| 09/24/2020 | 18 | NOTICE OF SUBSTITUTION OF COUNSEL by Michael A. Tilghman on behalf of U.S. DEPARTMENT OF STATE Substituting for attorney Alan Burch (Tilghman, Michael) (Entered: 09/24/2020) |
| 09/25/2020 | | Set/Reset Deadlines: Amended Pleading due by 10/16/2020. Response to Cross Motion due by 10/16/2020. Reply to Motion for Summary Judgment due by 10/16/2020. (tb) (Entered: 09/25/2020) |
| 10/16/2020 | 19 | AMENDED COMPLAINT against U.S. DEPARTMENT OF STATE, INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND |

| | | |
|---|---|---|
| | | ADMINISTRATION filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(ztd) (Entered: 10/16/2020) |
| 10/16/2020 | 20 | Summons (1) Issued as to INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND ADMINISTRATION. (ztd) (Entered: 10/16/2020) |
| 10/16/2020 | 21 | REPLY to opposition to motion re 11 MOTION for Summary Judgment filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(ztd) (Entered: 10/16/2020) |
| 10/16/2020 | 22 | RESPONSE re 12 MOTION for Summary Judgment filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(ztd) (Entered: 10/16/2020) |
| 10/19/2020 | | MINUTE ORDER: Upon consideration of 22 plaintiffs response to defendants cross−motion for summary judgment, and the entire record herein, it is hereby ORDERED that defendant shall file its reply in support of its cross−motion by not later than October 28, 2020. SO ORDERED. Signed by Judge John D. Bates on 10/19/2020. (lcjdb1) (Entered: 10/19/2020) |
| 10/20/2020 | | Set/Reset Deadlines: Reply to Cross Motion due by 10/28/2020. (tb) (Entered: 10/20/2020) |
| 10/28/2020 | 23 | REPLY to opposition to motion re 12 MOTION for Summary Judgment filed by U.S. DEPARTMENT OF STATE. (Tilghman, Michael) (Entered: 10/28/2020) |
| 10/29/2020 | 24 | Consent MOTION for Extension of Time to *File Response to Plaintiff's Amended Complaint* by U.S. DEPARTMENT OF STATE (Attachments: # 1 Text of Proposed Order)(Tilghman, Michael) Modified on 10/30/2020 (ztd). (Entered: 10/29/2020) |
| 10/30/2020 | 25 | Consent MOTION to Substitute Party *The United States of America for the Internal Revenue Service*, Consent MOTION to Clarify *the United States' Time to Respond to the Amended Complaint* by INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND ADMINISTRATION, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(McMonagle, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 26 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND ADMINISTRATION served on 10/20/2020 (ztd) (Entered: 11/03/2020) |
| 11/03/2020 | | MINUTE ORDER: In consideration of 25 United States motion to substitute proper party and clarify time to respond to amended complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the United States of America is substituted as the proper party defendant in the place of the Internal Revenue Service; and it is further ORDERED that the United States shall file its answer to 19 the amended complaint by not later than January 4, 2021. SO ORDERED. Signed by Judge John D. Bates on 11/3/2020. (lcjdb1) (Entered: 11/03/2020) |
| 11/04/2020 | | Set/Reset Deadlines: Answer due by 1/4/2021. (tb) (Entered: 11/04/2020) |
| 11/12/2020 | 27 | ORDER denying 11 plaintiff's motion for summary judgment and granting 12 defendant Department of State's cross−motion for summary judgment. See text |

| | | | |
|---|---|---|---|
| | | | of Order for details. Signed by Judge John D. Bates on 11/12/2020. (lcjdb1) (Entered: 11/12/2020) |
| 11/12/2020 | 28 | | MEMORANDUM OPINION. Signed by Judge John D. Bates on 11/12/2020. (lcjdb1) (Entered: 11/12/2020) |
| 11/13/2020 | | | Set/Reset Deadlines: Answer due by 1/4/2021. (zjd) (Entered: 11/13/2020) |
| 01/04/2021 | 29 | | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(McMonagle, Ryan) (Entered: 01/04/2021) |
| 01/18/2021 | 30 | | Memorandum in opposition to re 29 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit A, # 2 Exhibit b, # 3 Text of Proposed Order)(ztd) (Entered: 01/21/2021) |
| 01/28/2021 | 31 | | REPLY to opposition to motion re 29 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by UNITED STATES OF AMERICA. (McMonagle, Ryan) (Entered: 01/28/2021) |
| 02/22/2021 | 32 | | SURREPLY to re 29 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(ztd); ("Let this be filed" signed 2/22/2021 by Judge John D. Bates) (Entered: 02/24/2021) |
| 03/18/2021 | 33 | | ORDER granting 29 motion to dismiss. See text of Order for details. Signed by Judge John D. Bates on 3/18/2021. (lcjdb1) (Entered: 03/18/2021) |
| 03/18/2021 | 34 | | MEMORANDUM OPINION. Signed by Judge John D. Bates on 3/18/2021. (lcjdb1) (Entered: 03/18/2021) |
| 04/15/2021 | 35 | | MOTION to Alter Judgment as to 33 Order on Motion to Dismiss/Lack of Jurisdiction by ROBERT A. MCNEIL. (eg) (Entered: 04/19/2021) |
| 05/03/2021 | 36 | | RESPONSE re 35 MOTION to Alter Judgment as to 33 Order on Motion to Dismiss/Lack of Jurisdiction filed by UNITED STATES OF AMERICA. (Morton, Benton) (Entered: 05/03/2021) |
| 05/06/2021 | 37 | | ORDER denying 35 plaintiff's motion to alter judgment. See text of Order for details. Signed by Judge John D. Bates on 5/6/2021. (lcjdb1) (Entered: 05/06/2021) |
| 06/28/2021 | 38 | | NOTICE OF APPEAL as to 37 Order on Motion to Alter Judgment, 33 Order on Motion to Dismiss/Lack of Jurisdiction by ROBERT A. MCNEIL. Fee Status: No Fee Paid. Parties have been notified. (ztd) (Entered: 07/05/2021) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert A. McNeil,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 20-CV-00329-JDB |
| ) | |
| **U.S. State Department and** ) | |
| **Internal Revenue Service,** ) | |
| ) | |
| **Defendants** ) | |

### NOTICE OF APPEAL

Per FRAP Rules 3 & 4, Plaintiff Robert A. McNeil provides his Notice of Appeal to the United States Court of Appeals for the District of Columbia of Judge John D. Bates' Order [37] denying his Rule 59 Motion to Alter or Amend Judgment [33].

**Case No. 20-cv-00329 (JDB)**

_/s/ R.A. McNeil_
Robert A. McNeil

June 23, 2021
Date



RECEIVED Mail Room
JUN 28 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE of SERVICE

This is to certify that a copy of the foregoing **"Notice of Appeal"** was served via United States Mail, email, or CM/ECF on or about June 23, 2021:

| | |
|---|---|
| Mr. Merrick B. Garland<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Room 5503<br>Washington, D.C. 20530 | Mr. Charles P. Rettig<br>Commissioner, IRS<br>Office of Procedure and Administration<br>1111 Constitution Ave., NW<br>Room 5053<br>Washington, D.C. 20224 |
| Mr. Richard E. Zuckerman<br>Deputy Assistant Attorney General<br>Tax Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | Mr. Channing D. Phillips<br>U.S. Attorney for the District of Columbia<br>Civil Process Clerk<br>555 Fourth Street, NW<br>Washington, D.C. 20001 |
| Mr. Ryan O. McMonagle<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227, Ben Franklin Station<br>Washington, D.C. 20044 | Mr. Brian Hudak<br>Acting Chief, Civil Division<br>U.S. Attorney's Office<br>555 Fourth Street, NW<br>Washington, D.C. 20530 |

_R.A. McNeil_
Robert McNeil

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT A. McNEIL,

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

Civil Action No. 20-329 (JDB)

## ORDER

Upon consideration of [29] defendant's motion to dismiss the amended complaint, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [29] the motion to dismiss is **GRANTED**, and it is further

**ORDERED** that [19] the amended complaint is **DISMISSED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 18, 2021

`UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. McNEIL,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 20-329 (JDB)

### ORDER

Plaintiff Robert McNeil has filed a motion under Federal Rule of Civil Procedure 59 seeking to alter or amend this Court's March 18, 2021 Memorandum Opinion and Order dismissing his amended complaint. Pl.'s Rule 59 Mot. to Alter or Amend J. ("Mot.") [ECF No. 35]. Granting a motion to alter or amend a judgment under Rule 59(e) is "an extraordinary measure." Leidos, Inc. v. Hellenic Republic, 881 F.3d 213, 217 (D.C. Cir. 2018) (citing Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam)). As such, "[m]otions under [Rule] 59(e) are disfavored and relief from judgment is granted only when the moving party establishes extraordinary circumstances." Odhiambo v. Republic of Kenya, 947 F. Supp. 2d 30, 34 (D.D.C. 2013) (quotation omitted). A Rule 59(e) motion does not provide a party with a blank slate from which to relitigate old issues or present new legal theories in support of its already-rejected claims. Id. at 35 (citing Exxon Shipping Co. v. Baker, 554 U.S. 471, 486 n.5 (2008)); Patton Boggs LLP v. Chevron Corp., 683 F.3d 397, 403 (D.C. Cir. 2012). Rather, a district court "need not" grant such a motion unless it "finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Id. (quoting Ciralsky v. Cent. Intel. Agency, 355 F.3d 661, 671 (D.C. Cir. 2004)).

1

McNeil's motion fails to clear the high bar set by Rule 59(e). He points to three aspects of this Court's March 18 opinion that he characterizes as "'clear errors' working 'manifest' injustice on [him] and [his] life," Mot. at 1, but in so doing he merely repeats arguments that this Court already considered and rejected.

First, he claims that the Court did not accept as true his assertion that the IRS maintains a "list of Americans with seriously delinquent tax debt." Id. at 8–11. In fact, the Court accepted this allegation—along with all the other allegations in McNeil's amended complaint—as true. McNeil v. United States, Civ. A. No. 20-329 (JDB), 2021 WL 1061221, at *3 (D.D.C. Mar. 18, 2021). While the Court did express some doubt that such a "list" exists in the form McNeil suggests, these comments were only included in order to help explain some of McNeil's apparent misunderstandings of the IRS processes. See id. at *4 n.4. The Court's core holding on the relevant claim was that, as a matter of law, the statute under which he brought his case does not provide a cause of action to remove him from any such list. See id. at *4 (citing 26 U.S.C. § 7345).

Next, he claims the Court erred by reading 26 U.S.C. § 7345 as not permitting a plaintiff to challenge the validity of an underlying tax debt. Mot. at 11–13. McNeil advanced this same argument in his prior filings, and it was considered and rejected. See McNeil, 2021 WL 1061221, at *5–6. McNeil cannot now use Rule 59(e) to take a second bite at the apple. See Estate of Gaither ex rel. Gaither v. Dist. of Columbia, 771 F. Supp. 2d 5, 10 (D.D.C. 2011) ("[M]otions for reconsideration cannot be used as 'an opportunity to reargue facts and theories upon which a court has already ruled." (quoting SEC v. Bilzerian, 729 F. Supp. 2d 9, 14 (D.D.C. 2010))).

Finally, McNeil argues that this Court's decision is inconsistent with 26 U.S.C. § 6213 and what he asserts is "binding Supreme Court precedent" from a case called "Weldon v. United States." Mot. at 13–14. Once again, McNeil made the same argument in his prior filings. See,

2

e.g., Pl.'s Response to Gov't's Reply in Supp. of its Mot. to Dismiss [ECF No. 32] at 6–7. As this Court held, Section 7345(e)—under which McNeil brought the present action—is not "a vehicle by which a litigant can challenge any aspect of an underlying 'seriously delinquent tax debt' or of an IRS procedure that led to that debt's assessment," including the procedures laid out in Section 6213. See McNeil, 21 WL 1061221, at *6. As for the passage McNeil cites from what he calls "the Supreme Court's decision in Weldon v. [United States]," see Mot. at 14 (citing Pl.'s Am. Compl. Ex. E [ECF No. 19-6] at 4–5), it is not, in fact, from the Supreme Court at all. Instead, the quoted language comes from a 1998 government brief in opposition to a petition for certiorari in that case. See, Pl.'s Am. Compl. Ex. E (attaching Br. for the U.S. in Opp'n to Pet. for Writ of Certiorari, Weldon v. United States, No. 98-383 (Oct. 1998)). The Supreme Court denied certiorari in that case, so no Supreme Court decision ever issued. See Weldon v. United States, 525 U.S. 1040 (1998) (table). Hence, McNeil's third argument is also without merit.

For the foregoing reasons, [35] McNeil's Motion to Alter or Amend Judgment is **DENIED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 6, 2021