APPEAL,CLOSED,PROSE–NP,TYPE I–FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:20–cv–00329–JDB</u>

MCNEIL v. U.S. DEPARTMENT OF STATE et al
Assigned to: Judge John D. Bates
Cause: 05:552 Freedom of Information Act

Date Filed: 02/05/2020
Date Terminated: 03/18/2021
Jury Demand: None
Nature of Suit: 895 Freedom of
Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ROBERT A. MCNEIL**                     represented by   **ROBERT A. MCNEIL**
729 Grapevine Highway
Apartment 148
Hurst, TX 76054
Email: bob.mcneil49@gmail.com
PRO SE

V.

**Defendant**

**U.S. DEPARTMENT OF STATE**             represented by   **Michael A. Tilghman**
*TERMINATED: 11/12/2020*                                 U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7113
Email: michael.tilghman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Burch**
DOJ–USAO
Eousa
3 Constitution Square
175 N Street, NE
Washington, DC 20002
202–252–5875
Email: alan.burch@usdoj.gov
*TERMINATED: 09/24/2020*

**Defendant**

**INTERNAL REVENUE SERVICE**            represented by   **Ryan O'Connor McMonagle**
**OFFICE OF PROCEDURE AND**                              U.S. DEPARTMENT OF JUSTICE
**ADMINISTRATION**                                       Tax Division
*TERMINATED: 11/03/2020*                                 Ben Franklin Station
P.O. Box 227

Washington, DC 20044
(202) 307–1355
Fax: (202) 514–6866
Email: ryan.mcmonagle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES OF AMERICA**              represented by   **Ryan O'Connor McMonagle**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benton Thomas Morton**
DEPARTMENT OF JUSTICE
Tax Division
Ben Franklin Station
P.O. Box 227
Washington, DC 20044
202–598–6285
Email: benton.t.morton@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/05/2020 | 1 | | COMPLAINT against U.S. DEPARTMENT OF STATE ( Filing fee $ 400, receipt number 4616102337) filed by ROBERT A. MCNEIL. (Attachments: # 1 Civil Cover Sheet)(ztd)(Entered: 02/11/2020) |
| 02/05/2020 | 2 | | ENTERED IN ERROR. . . . .SUMMONS (3) Issued as to U.S. DEPARTMENT OF STATE, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Civil Cover Sheet)(ztd) Modified on 2/13/2020 (ztd). (Entered: 02/11/2020) |
| 02/05/2020 | 3 | | SUMMONS (3) Issued as to U.S. DEPARTMENT OF STATE, U.S. Attorney and U.S. Attorney General (ztd) (Entered: 02/13/2020) |
| 03/04/2020 | 4 | | NOTICE of Appearance by Alan Burch on behalf of U.S. DEPARTMENT OF STATE (Burch, Alan) (Entered: 03/04/2020) |
| 03/12/2020 | | | SUMMONS (1) REISSUED as to U.S. DEPARTMENT OF STATE (ztd) (Entered: 03/12/2020) |
| 03/23/2020 | 5 | | Consent MOTION for Extension of Time to File Answer by U.S. DEPARTMENT OF STATE (Burch, Alan) (Entered: 03/23/2020) |
| 03/23/2020 | | | MINUTE ORDER: Upon consideration of 5 consent motion for extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that defendant's answer or other response shall be filed by not later than April 2, 2020. SO ORDERED. Signed by Judge John D. Bates on 3/23/2020. (lcjdb1) (Entered: 03/23/2020) |
| 03/24/2020 | | | Set/Reset Deadlines: Answer due by 4/2/2020. (tb) (Entered: 03/24/2020) |
| 04/02/2020 | 6 | | |

|  |  |  | ANSWER to 1 Complaint by U.S. DEPARTMENT OF STATE.(Burch, Alan) (Entered: 04/02/2020) |
|---|---|---|---|
| 04/16/2020 | 7 |  | REPLY re 6 Answer filed by ROBERT A. MCNEIL. (ztd) Modified link on 4/20/2020 (znmw). (Entered: 04/17/2020) |
| 04/17/2020 | 8 |  | ORDER. See text of Order for details. Signed by Judge John D. Bates on 4/17/2020. (lcjdb1) (Entered: 04/17/2020) |
| 04/17/2020 |  |  | Set/Reset Deadlines: Proposed Briefing Schedule due by 5/19/2020. (tb) (Entered: 04/17/2020) |
| 05/19/2020 | 9 |  | Joint STATUS REPORT by U.S. DEPARTMENT OF STATE. (Burch, Alan) (Entered: 05/19/2020) |
| 05/19/2020 |  |  | MINUTE ORDER: Upon consideration of 9 joint status report, and the entire record herein, it is hereby ORDERED that the parties shall file another joint status report by not later than June 18, 2020, which shall include a proposed schedule for further proceedings. Signed by Judge John D. Bates on 5/19/2020. (lcjdb1) (Entered: 05/19/2020) |
| 05/19/2020 |  |  | Set/Reset Deadlines: Joint Status Report due by 6/18/2020. (tb) (Entered: 05/19/2020) |
| 06/18/2020 | 10 |  | Joint STATUS REPORT by U.S. DEPARTMENT OF STATE. (Burch, Alan) (Entered: 06/18/2020) |
| 06/22/2020 |  |  | MINUTE ORDER: Upon consideration of 10 joint status report, and the entire record herein, it is hereby ORDERED that the following schedule shall govern further proceedings: plaintiff shall file his motion for summary judgment by not later than June 26, 2020; defendant shall file its opposition to plaintiff's motion for summary judgment and its cross−motion for summary judgment by not later than July 20, 2020; plaintiff shall file his reply in support of his motion for summary judgment and opposition to defendant's cross−motion by not later than August 20, 2020; and defendant shall file its reply in support of its cross−motion by not later than August 31, 2020. SO ORDERED. Signed by Judge John D. Bates on 6/22/2020. (lcjdb1) (Entered: 06/22/2020) |
| 06/23/2020 |  |  | Set/Reset Deadlines: Cross Motion due by 7/20/2020. Response to Cross Motion due by 8/20/2020. Reply to Cross Motion due by 8/31/2020. Summary Judgment motion due by 6/26/2020. Response to Motion for Summary Judgment due by 7/20/2020. Reply to Motion for Summary Judgment due by 8/20/2020. (tb) (Entered: 06/23/2020) |
| 06/23/2020 | 11 |  | MOTION for Summary Judgment by ROBERT A. MCNEIL (ztd) (Entered: 06/25/2020) |
| 07/20/2020 | 12 |  | MOTION for Summary Judgment by U.S. DEPARTMENT OF STATE (Attachments: # 1 Declaration of Eric Stein, # 2 Declaration of Miguel Gonzalez)(Burch, Alan) (Entered: 07/20/2020) |
| 07/20/2020 | 13 |  | Memorandum in opposition to re 11 MOTION for Summary Judgment filed by U.S. DEPARTMENT OF STATE. (Attachments: # 1 Declaration of Eric Stein, # 2 Declaration of Miguel Gonzalez)(Burch, Alan) (Entered: 07/20/2020) |
| 08/13/2020 | 14 |  |  |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply as to 12 MOTION for Summary Judgment by ROBERT A. MCNEIL (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 08/13/2020) |
| 08/13/2020 | | MINUTE ORDER: Upon consideration of 14 plaintiff's motion for an extension of time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiff's reply in support of his motion for summary judgment and opposition to defendants' cross–motion for summary judgment shall be filed by not later than September 18, 2020. SO ORDERED. Signed by Judge John D. Bates on 8/13/2020. (lcjdb1) (Entered: 08/13/2020) |
| 08/14/2020 | | Set/Reset Deadlines: Response to Cross Motion due by 9/18/2020. Reply to Motion for Summary Judgment due by 9/18/2020. (tb) (Entered: 08/14/2020) |
| 09/17/2020 | 15 | MOTION to Amend/Correct 1 Complaint, MOTION for Extension of Time to by ROBERT A. MCNEIL (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 09/18/2020) |
| 09/21/2020 | | MINUTE ORDER: Upon consideration of 15 motion to amend/correct complaint and for extension of time, and the entire record herein, it is hereby ORDERED that the motion is DENIED WITHOUT PREJUDICE for failure to comply with Local Civil Rule 7(m), which requires parties (including parties appearing pro se) to "confer with opposing counsel in a good–faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement" before filing a nondispositive motion. It is further ORDERED that, if plaintiff wishes to refile the motion, he shall confer with the government and, in conformity with Rule 7(m), include in his motion "a statement that the required discussion occurred, and a statement as to whether the motion is opposed." SO ORDERED. Signed by Judge John D. Bates on 9/21/2020. (lcjdb1) (Entered: 09/21/2020) |
| 09/21/2020 | 16 | Amended MOTION to Amend/Correct 1 Complaint by ROBERT A. MCNEIL (ztd) (Entered: 09/23/2020) |
| 09/21/2020 | 17 | ERRATA by ROBERT A. MCNEIL. (ztd) (Entered: 09/23/2020) |
| 09/24/2020 | | MINUTE ORDER: Upon consideration of 16 amended motion to amend/correct complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiff shall file his reply in support of his motion for summary judgment and opposition to defendants' cross–motion for summary judgment, as well as any amended complaint, by not later than October 16, 2020. SO ORDERED. Signed by Judge John D. Bates on 9/24/2020. (lcjdb1) (Entered: 09/24/2020) |
| 09/24/2020 | 18 | NOTICE OF SUBSTITUTION OF COUNSEL by Michael A. Tilghman on behalf of U.S. DEPARTMENT OF STATE Substituting for attorney Alan Burch (Tilghman, Michael) (Entered: 09/24/2020) |
| 09/25/2020 | | Set/Reset Deadlines: Amended Pleading due by 10/16/2020. Response to Cross Motion due by 10/16/2020. Reply to Motion for Summary Judgment due by 10/16/2020. (tb) (Entered: 09/25/2020) |
| 10/16/2020 | 19 | AMENDED COMPLAINT against U.S. DEPARTMENT OF STATE, INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND |

| | | | |
|---|---|---|---|
| | | | ADMINISTRATION filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(ztd) (Entered: 10/16/2020) |
| 10/16/2020 | 20 | | Summons (1) Issued as to INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND ADMINISTRATION. (ztd) (Entered: 10/16/2020) |
| 10/16/2020 | 21 | | REPLY to opposition to motion re 11 MOTION for Summary Judgment filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(ztd) (Entered: 10/16/2020) |
| 10/16/2020 | 22 | | RESPONSE re 12 MOTION for Summary Judgment filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(ztd) (Entered: 10/16/2020) |
| 10/19/2020 | | | MINUTE ORDER: Upon consideration of 22 plaintiffs response to defendants cross–motion for summary judgment, and the entire record herein, it is hereby ORDERED that defendant shall file its reply in support of its cross–motion by not later than October 28, 2020. SO ORDERED. Signed by Judge John D. Bates on 10/19/2020. (lcjdb1) (Entered: 10/19/2020) |
| 10/20/2020 | | | Set/Reset Deadlines: Reply to Cross Motion due by 10/28/2020. (tb) (Entered: 10/20/2020) |
| 10/28/2020 | 23 | | REPLY to opposition to motion re 12 MOTION for Summary Judgment filed by U.S. DEPARTMENT OF STATE. (Tilghman, Michael) (Entered: 10/28/2020) |
| 10/29/2020 | 24 | | Consent MOTION for Extension of Time to *File Response to Plaintiff's Amended Complaint* by U.S. DEPARTMENT OF STATE (Attachments: # 1 Text of Proposed Order)(Tilghman, Michael) Modified on 10/30/2020 (ztd). (Entered: 10/29/2020) |
| 10/30/2020 | 25 | | Consent MOTION to Substitute Party *The United States of America for the Internal Revenue Service*, Consent MOTION to Clarify *the United States' Time to Respond to the Amended Complaint* by INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND ADMINISTRATION, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(McMonagle, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 26 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. INTERNAL REVENUE SERVICE OFFICE OF PROCEDURE AND ADMINISTRATION served on 10/20/2020 (ztd) (Entered: 11/03/2020) |
| 11/03/2020 | | | MINUTE ORDER: In consideration of 25 United States motion to substitute proper party and clarify time to respond to amended complaint, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the United States of America is substituted as the proper party defendant in the place of the Internal Revenue Service; and it is further ORDERED that the United States shall file its answer to 19 the amended complaint by not later than January 4, 2021. SO ORDERED. Signed by Judge John D. Bates on 11/3/2020. (lcjdb1) (Entered: 11/03/2020) |
| 11/04/2020 | | | Set/Reset Deadlines: Answer due by 1/4/2021. (tb) (Entered: 11/04/2020) |

| 11/12/2020 | 27 | | ORDER denying 11 plaintiff's motion for summary judgment and granting 12 defendant Department of State's cross–motion for summary judgment. See text of Order for details. Signed by Judge John D. Bates on 11/12/2020. (lcjdb1) (Entered: 11/12/2020) |
|---|---|---|---|
| 11/12/2020 | 28 | | MEMORANDUM OPINION. Signed by Judge John D. Bates on 11/12/2020. (lcjdb1) (Entered: 11/12/2020) |
| 11/13/2020 | | | Set/Reset Deadlines: Answer due by 1/4/2021. (zjd) (Entered: 11/13/2020) |
| 01/04/2021 | 29 | | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(McMonagle, Ryan) (Entered: 01/04/2021) |
| 01/18/2021 | 30 | | Memorandum in opposition to re 29 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit A, # 2 Exhibit b, # 3 Text of Proposed Order)(ztd) (Entered: 01/21/2021) |
| 01/28/2021 | 31 | | REPLY to opposition to motion re 29 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by UNITED STATES OF AMERICA. (McMonagle, Ryan) (Entered: 01/28/2021) |
| 02/22/2021 | 32 | | SURREPLY to re 29 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by ROBERT A. MCNEIL. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(ztd); ("Let this be filed" signed 2/22/2021 by Judge John D. Bates) (Entered: 02/24/2021) |
| 03/18/2021 | 33 | | ORDER granting 29 motion to dismiss. See text of Order for details. Signed by Judge John D. Bates on 3/18/2021. (lcjdb1) (Entered: 03/18/2021) |
| 03/18/2021 | 34 | | MEMORANDUM OPINION. Signed by Judge John D. Bates on 3/18/2021. (lcjdb1) (Entered: 03/18/2021) |
| 04/15/2021 | 35 | | MOTION to Alter Judgment as to 33 Order on Motion to Dismiss/Lack of Jurisdiction by ROBERT A. MCNEIL. (eg) (Entered: 04/19/2021) |
| 05/03/2021 | 36 | | RESPONSE re 35 MOTION to Alter Judgment as to 33 Order on Motion to Dismiss/Lack of Jurisdiction filed by UNITED STATES OF AMERICA. (Morton, Benton) (Entered: 05/03/2021) |
| 05/06/2021 | 37 | | ORDER denying 35 plaintiff's motion to alter judgment. See text of Order for details. Signed by Judge John D. Bates on 5/6/2021. (lcjdb1) (Entered: 05/06/2021) |
| 06/28/2021 | 38 | | NOTICE OF APPEAL as to 37 Order on Motion to Alter Judgment, 33 Order on Motion to Dismiss/Lack of Jurisdiction by ROBERT A. MCNEIL. Fee Status: No Fee Paid. Parties have been notified. (ztd) (Entered: 07/05/2021) |
| 07/02/2021 | 40 | | USCA Appeal Fees received $ 505 receipt number 200142 re 38 Notice of Appeal filed by ROBERT A. MCNEIL (ztd) Modified date filed on 7/8/2021 (ztd). (Entered: 07/08/2021) |
| 07/05/2021 | 39 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 38 Notice of |

| | | | Appeal. (ztd) (Entered: 07/05/2021) |
|---|---|---|---|

**Notice of Electronic Filing**

The following transaction was entered on 7/8/2021 at 10:21 AM and filed on 7/8/2021

| | |
|---|---|
| **Case Name:** | MCNEIL v. U.S. DEPARTMENT OF STATE et al |
| **Case Number:** | 1:20–cv–00329–JDB |
| **Filer:** | |

**WARNING: CASE CLOSED on 03/18/2021**

**Document Number:** 40(No document attached)

**Docket Text:**
**USCA Appeal Fees received $ 505 receipt number 200142 re [38] Notice of Appeal filed by ROBERT A. MCNEIL (ztd)**

**1:20–cv–00329–JDB Notice has been electronically mailed to:**

Michael A. Tilghman      michael.tilghman@usdoj.gov, CaseView.ECF@usdoj.gov

Ryan O'Connor McMonagle      ryan.mcmonagle@usdoj.gov, Eastern.taxcivil@usdoj.gov

Benton Thomas Morton      benton.t.morton@usdoj.gov

ROBERT A. MCNEIL      bob.mcneil49@gmail.com

**1:20–cv–00329–JDB Notice will be delivered by other means to::**